IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN WOODS, SR.**  **PLAINTIFF**
**ADC #154014**

v.  Case No. 4:25-cv-00627-KGB

**ARKANSAS DIVISION OF**
**CORRECTION**, *et al*.  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff John Woods, Sr.'s complaint is dismissed with prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 18th day of November, 2025.

Kristine G. Baker
Chief United States District Judge